Name a
Andrew J. Gramajo
AJG LAW GROUP, PC.
320 16th Street,
Hermosa Beach, CA 90254

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ORTIZ, JR.<br><br>Plaintiff(s)<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:26-cv-00392-KK-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Zaghi, Nisan C.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(718) 925-0276                    (718) 247-8020

*Telephone Number*          *Fax Number*

nzaghi@consumerattorneys.com

*E-Mail Address*

of CONSUMER ATTORNEYS PLLC
68-29 Main Street,
Flushing, NY 11367

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Juan Carlos Ortiz, Jr.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Gramajo, Andrew J.

*Designee's Name (Last Name, First Name & Middle Initial)*

338144               (415) 638-9140

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

Andrew@Ajglawgroup.us

*E-Mail Address*

of AJG LAW GROUP, PC.
320 16th Street,
Hermosa Beach, CA 90254

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** May 26, 2026

_____
**U.S. District Judge/U.S. Magistrate Judge**