Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Juan Carlos Ortiz Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS ORTIZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, <br><br> Defendants. | Case No.: 5:26-cv-00392-KK-SP <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Juan Carlos Ortiz, Jr. and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests that the Court

retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: June 17, 2026

/s/ Andrew J. Gramajo
Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
320 16th St,
Hermosa Beach, CA 90254
T:(415) 638-9140
E: Andrew@Ajglawgroup.us
Attorney for Plaintiff,

*Attorneys for Plaintiff*
*Juan Carlos Ortiz Jr.*

2
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*

NOTICE OF SETTLEMENT